**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| HALEY ORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL CASE NO: 1:20-cv-00058-HSO-JCG |
| | ) | |
| v. | ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC | ) ) | |
| | ) | |
| Defendants. | ) | |

**AGREED JUDGMENT DISMISSING ACTION WITH PREJUDICE
AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT**

THIS DAY THIS CAUSE came to be heard on the joint motion, *ore tenus*, of all parties to dismiss this action with prejudice and to retain jurisdiction to enforce the terms of the settlement agreement. The Court has been advised by the parties that this cause has been fully compromised and settled, that there remain no issues to be litigated by or between the parties nor adjudicated and determined by the Court, and that the parties have consented to the entry of this Judgment and have agreed that this cause should be dismissed with prejudice with the parties to bear their respective costs.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above captioned civil action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court shall retain jurisdiction over this action to enforce the terms of the settlement agreement entered by the parties.

**SO ORDERED AND ADJUDGED** this the 10th day of September 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE